UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI SUE WILLIAMS,

    Plaintiff,

v.

CITY OF TAYLOR, ET AL.

    Defendants.
    _____/

Case No. 15-11642

Honorable Nancy G. Edmunds

## ORDER OF DISMISSAL AS TO PLAINTIFF'S STATE LAW CLAIMS

Plaintiff Teri Williams filed suit against Defendants City of Taylor and various officers employed by the municipality. The Complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. Additionally, there is one state law claim for assault and battery.

Seeing as the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c); *Moor v. County of Alameda*, 411 U.S. 693, 716 (U.S. 1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's claims based on state law, including all claims found in Count III are hereby DISMISSED WITHOUT PREJUDICE. This Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED

          s/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated: May 28, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2015, by electronic and/or ordinary mail.

          s/Carol J. Bethel
          Case Manager